JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GRYPHON SOLUTIONS, LLC, a California limited liability company; MICHAEL BRKICH, an individual; and JAY TENENBAUM, an individual,<br><br>Defendants. | CASE NO. SACV13-1295-GW(SHx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

PURSUANT TO STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED THAT this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 19, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

597852

1

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL – CASE NO. SACV13-1295 GW (SHx)